IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SNEY ZARIF,

        Plaintiff,                      No. CIV S-11-0865 KJM GGH

        vs.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.                 ORDER

_____/

        This court has considered the Parties' Proposed Stipulated Protective Order.

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications. *Paragraph 4 of the proposed order is stricken.* The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002). Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1 regarding the sealing of documents.

        Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

IT IS SO ORDERED.

DATED: July 27, 2011

                                      /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

GGH:076/Zarif0865.po.wpd